In the Matter of the Claim of Jane E. Strail, Appellant, against the Estate of Jane E. Suter, Deceased, Respondent.— Motion for reargument denied. Motion

for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Estate of NICHOLAS J. HARDIKER, Deceased.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.